UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PROPERTYTHREE TECHNOLOGY GROUP, INC., <br>     *Plaintiff*, <br><br> vs. <br><br> APARTMENT HUNTERS, INC., STEVEN SHAYAN, KEVIN SHAYAN, AND DENNIS PORTNOV, <br>     *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:07-cv-00356-JMS-RLY |

## AMENDED FINAL JUDGMENT

Consistent with this Court's prior order dismissing certain parts of the Amended Complaint [dkt. 51] and with the jury's verdict as to the remainder:[1]

1. The Court **DECLARES** that Defendants did not infringe upon any copyright of Plaintiff in the forms attached as Exhibit B to the Amended Complaint [dkt. 42-2] because Plaintiff has no copyright in those forms.

2. The Court enters **FINAL JUDGMENT** in Plaintiff's favor, and against all Defendants, only as to Count III of the Amended Complaint (false advertising), but awards **no** damages. As to all other counts of the Amended Complaint, the Court enters **FINAL JUDGMENT** in all Defendants' favor, and against Plaintiff.

3. A stipulated permanent injunction shall immediately issue regarding Count III.

4. $45,000 in attorneys' fees and $1,923.89 in other costs, for a total of $46,923.89, shall be taxed to PropertyThree and payable to Apartment Hunters.

---

[1] Upon the written consent of the parties, this matter has been referred to the undersigned Magistrate Judge for all proceedings, including for the entry of judgment, as permitted by 28 U.S.C. § 636(c) and Fed. R. Civ. Pro. 73. [Dkt. 87.]

04/21/2010

                                                 Jane Magnus-Stinson
                                               United States Magistrate Judge
                                               Southern District of Indiana

**Distribution via ECF:**

Michael A. Lang
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
mlang@dannpecar.com

Jilbert Tahmazian
LAW OFFICES OF JILBERT TAHMAZIAN
alex200355@yahoo.com

Mark R. Waterfill
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
mwaterfill@dannpecar.com